```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LINDA SLADE,

                Plaintiff,

- against -

MOSH, PBC,

                Defendant.

24-cv-4471 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **September 16, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            June 12, 2024

                                        /s/ John G. Koeltl
                                            John G. Koeltl
                                  United States District Judge