```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

LINDA SLADE,

                    **Plaintiff,**

    - against -

MOSH, PBC,

                    **Defendant.**

24-cv-4471 (JGK)

<u>ORDER</u>

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The time to respond to the complaint is extended to **September 6, 2024.** If the defendant fails to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment.

**SO ORDERED.**

Dated:    **New York, New York**
             **August 16, 2024**                                   /s/ John G. Koeltl
                                                          **John G. Koeltl**
                                                   **United States District Judge**