**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D  +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 6, 2024

<u>VIA ECF</u>

**APPLICATION GRANTED
SO ORDERED**

*[signature]*
John G. Koeltl, U.S.D.J.
9/9/24

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Slade v. Mosh, PBC*, Case No. 1:24-cv-04471-JGK

Dear Judge Koeltl:

We represent Defendant Mosh, PBC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from September 6, 2024 to October 21, 2024.

The parties have conferred, and this requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)